[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 18-14518
Non-Argument Calendar

_____

D.C. Docket No. 3:08-cr-00079-MCR-CJK-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

CLAUDIA CONSTANCE HIRMER,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Florida

_____

(December 5, 2019)

Before WILSON, WILLIAM PRYOR and ANDERSON, Circuit Judges.

PER CURIAM:

Claudia Hirmer, a federal prisoner, appeals *pro se* the denial of her motion to access grand jury transcripts. Hirmer sought to use the transcripts to prepare an application for a certificate of appealability, which we have since denied. And we have denied her motion for reconsideration of that order. Because "we can no longer offer [Hirmer] any effectual relief," *Gagliardi v. TJCV Land Tr.*, 889 F.3d 728, 733 (11th Cir. 2018), we dismiss her appeal as moot.

**APPEAL DISMISSED AS MOOT.**